```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 11941
    EILEEN M BUXTON
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4637


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/31/2005 and was confirmed 07/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  75.78% from remaining funds.

     The case was paid in full 05/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
AMERICAN RECOVERY SYSTEM  UNSECURED       NOT FILED             .00              .00
BLAIR CORPORATION         UNSECURED          415.18             .00           314.61
CBUSASEARS                UNSECURED       NOT FILED             .00              .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00              .00
LINEGARGER GOGGAN BLAIR   UNSECURED             .00             .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED         2686.90             .00          2036.03
MACHOL & JOHANNES         UNSECURED       NOT FILED             .00              .00
DIRECT MERCHANT BANK      NOTICE ONLY     NOT FILED             .00              .00
SANDOR H GALLAI DDS       UNSECURED       NOT FILED             .00              .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED         7501.47             .00          5684.31
CITI CARDS                NOTICE ONLY     NOT FILED             .00              .00
WORLD FINANCIAL NETWORK   UNSECURED OTH     573.82              .00           434.76
BLAIR CREDIT CORP         UNSECURED       NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED             .00              .00
SANDOR H GALLAI DDS       UNSECURED       NOT FILED             .00              .00
SEARS                     UNSECURED       NOT FILED             .00              .00
VENTUS CAPITAL SERVICE    UNSECURED       NOT FILED             .00              .00
VENTUS CAPITAL SERVICE    NOTICE ONLY     NOT FILED             .00              .00
VICTORIA SECRET           NOTICE ONLY     NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED         5598.40             .00          4242.24
ECAST SETTLEMENT CORP     UNSECURED              .00            .00              .00
RESURGENT ACQUISITION LL  UNSECURED          895.66             .00           678.70
ILLINOIS DEPT OF REVENUE  PRIORITY          1719.06             .00          1719.06
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     1,905.20                           1,905.20
TOM VAUGHN                TRUSTEE                                              985.09
DEBTOR REFUND             REFUND                                             1,150.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 11941 EILEEN M BUXTON
```

```
TRUSTEE                                        19,150.00

PRIORITY                                                            1,719.06
SECURED                                                                  .00
UNSECURED                                                          13,390.65
ADMINISTRATIVE                                                      1,905.20
TRUSTEE COMPENSATION                                                  985.09
DEBTOR REFUND                                                       1,150.00
                                              ----------------   ----------------
TOTALS                                         19,150.00            19,150.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 10/16/08                   _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE